■    GILBERT KAHN, Respondent, v. CONSOLIDATED PRODUCTS CO., INC., et al., Appellants.— Order entered on January 9, 1961 directing further examination before trial of appellants, production of books and records for use upon the examination, and general discovery and inspection of appellants' books and records pursuant to section 324 of the Civil Practice Act unanimously modified upon the law and the facts and in the exercise of discretion to delete therefrom the third, fourth, fifth, sixth and seventh ordering paragraphs, and the order is otherwise affirmed, with $20 costs and disbursements to appellants. Respondent's affidavits in support of his motion fail to establish that production of appellants' books and records upon the further examination before trial pursuant to section 296 of the Civil Practice Act will not effect adequate disclosure (*Gross* v. *Price*, 2 A D 2d 707). The multitude of records and documents enumerated in the order, although conceivably related to the four transactions in issue, have not been shown to be relevant to the merits of the controversy (Civ. Prac. Act, § 324). Concur — Breitel, J. P., Valente, McNally, Steuer and Bastow, JJ.

## (March 17, 1961)

■    ELIZABETH MARAIA v. LAWRENCE MARAIA.— Motion for a stay granted on condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before March 28, 1961, with notice of argument for the May 1961 Term of this court, said appeals to be argued or submitted when reached, and on the further condition that the appellant files a surety company bond in the sum of $250 as required by section 58 of the Domestic Relations Court Act of the City of New York. Concur — Botein, P. J., Rabin, Valente, Stevens and Eager, JJ.

■    In the Matter of JACOB FULLER v. JOSEPH SCHECHTER, as Director of Personnel, et al.— Motion for an enlargement of time granted insofar as to extend the appellants' time to serve and file their appellants' points to and including March 28, 1961, with notice of argument for the May 1961 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Rabin, Valente, Stevens and Eager, JJ.

■    PAULA HOROWITZ v. SABINA VARGA.— Motion for a stay granted and the temporary stay contained in the order to show cause, dated March 8, 1961 is continued pending the hearing and determination of the appeal upon the terms and conditions set forth in said order to show cause. Motion to dismiss appeal denied, with $10 costs. Concur — Breitel, J. P., Valente, McNally, Steuer and Bastow, JJ.

■    LOUISE DE GARMO, as Executrix of LEON B. DE GARMO, Deceased, v. EMERGENCY SHELTER, INC., et al.— Motion for a stay denied, with $10 costs. Concur — Breitel, J. P., Valente, McNally, Steuer and Bastow, JJ.

■    In the Matter of MABEL GODET et al. v. ROBERT E. HERMAN, as State Rent Administrator.— Motion for a stay denied, with $10 costs. The stay contained in the order to show cause, dated March 14, 1961, is vacated. Concur — Breitel, J. P., Valente, McNally, Steuer and Bastow, JJ.